Julia Kosterman, complainant, v. John Kosterman, defendant. John Kosterman, cross complainant, appellee, v. Julia Kosterman, cross defendant, appellant. Gen. No. 34,557.

 Heard in the first division of this court for the first district at the October term, 1930. Opinion filed January 26, 1931. Rehearing denied February 9, 1931.

Albert H. Fry, for appellant. William C. Asay and Wallace Streeter, for appellee.

Mr. Justice McSurely delivered the opinion of the court.